

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex parte Jose Cruz Batista-Garcia

No. 06-24-00038-CR

Appeal from the County Court of Kinney County, Texas (Tr. Ct. No. 12439CR). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we vacate the trial court's denial of Appellant's pretrial writ of habeas corpus issued on January 9, 2024, and dismiss this appeal.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 12, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk